```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/10/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
NEWMAN CAPITAL LLC,                      :
                                         :    Case No.: 1:22-cv-00663-VSB-BCM
           Plaintiff,                    :
                                         :    **PRE-CONFERENCE STATEMENT**
   -against-                             :
                                         :
PRIVATE CAPITAL GROUP, INC.; *et. al*.   :
                                         :    **MEMO ENDORSED**
           Defendants.                   :
                                         :
---------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order Scheduling Initial Case Management Conference (Dkt No. 65), Plaintiff and Defendants hereby provide the following Pre-Conference Statement:

1. **Case Management Conference**. The Initial Case Management Conference for the above-captioned matter is scheduled for June 16, 2025, at 11:00 AM (Dkt No. 65). At this time, the Parties expect the following attorneys to appear for their respective client(s): on behalf of Plaintiff, Stephen M. Forte of the law firm Offit Kurman, P.A., 590 Madison Avenue, 6th Floor, New York, NY 10022, (929) 476-0042 and Michal T. Conway of the law firm Lazare Potter Giacovas & Moyle LLP, 747 Third Ave., 16th Floor, New York, NY 10017, (212) 784-2404; and on behalf of Defendants, Jeremy C. Reutzel of the law firm Bennett Tueller Johnson & Deere, 3165 E. Millrock Drive, Suite 500, Salt Lake City, Utah 84121, (801) 438-2000.

2. **Nature of the Case**. Plaintiff asserts claims for breach of contract and fraudulent transfer against Defendants asserting, among other things, that Defendants owe Plaintiff fees for raising money for various investments for Defendants. Defendants deny Plaintiff's claims and assert, among other defenses, that the agreements Plaintiff seeks to enforce are illegal and that Defendants paid Plaintiff any amounts owed. Currently pending before the Court is Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt No. 60).

3. **Amending Pleadings; Joining Parties**. No additional parties, causes of action, or defenses may be joined or asserted after 30 days from the entry of the Court's first scheduling order absent a showing of good cause under Federal Rule of Civil Procedure 16.

4. **Proposed Discovery Schedule**

    a. **Disclosures**. Automatic disclosures required by Fed. R. C. P. 26(a)(1)(A) were accomplished on March 26, 2025.

    b.    **Initial Requests**.  Initial document production requests and interrogatories (limited in accordance with Local Civil Rule 33.3) shall be served within the fact discovery period set forth in Sect. 4(d) below so that responses are done in time for completing all discovery. (Initial requests for production have already been served on and responded to by the parties to the original complaint and the parties reserve all rights as to any discovery disputes related thereto).

    c.    **Fact Depositions**.  All fact depositions shall be completed no later than 120 days from the order deciding Defendants' pending Partial Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt No. 60). The Parties presently expect that the following persons will be deposed: Newman Capital, LLC; Stephen Newman; Matt Gilbert; Crestline Investors Inc.; Jared Lucero; Michael Burke; and other to be determined during the course of discovery.

    d.    **Fact Discovery Deadline**.  All fact discovery shall be completed no later than 120 days from the order deciding Defendants' pending Partial Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt No. 60). The parties reserve the right to seek permission from the Court to further extend this date.

    e.    **Expert Reports/Disclosures**.  The party who bears the burden of proof on the issue for which expert testimony is offered (if any) shall serve an expert report within 30 days from the close of fact discovery. The other party shall serve a responding report (if any) within 30 days thereafter. The Parties may take any expert depositions within 30 days thereafter.

    f.    **All Discovery Deadline**.  All discovery, including expert depositions, shall be completed within 90 days of the date set forth in Sect. 4(d) above.

5.    **Protective or Confidentiality Orders**.  The Parties stipulate to the Court's form Stipulated Protective Order filed herewith.

6.    **Anticipated Discovery Issues**.  The Parties are cooperating in good faith to determine the terms of an ESI protocol to present to the Court for its approval. Non-party witnesses are located outside the state.

7.    **Status Conference**.  The Parties shall be prepared for a status conference with the Court approximately 30 days before the close of fact discovery set forth in Sect. 4(d) above.

8.    **ADR**.  The Parties propose that the case be referred to a magistrate judge for a settlement conference no later than 30 days after the close of all discovery set forth in Sect. 4(f) above.

9.    **Summary Judgment Requests**.  Any dispositive motions (or pre-motion conference requests regarding summary judgment preliminary to a motion) shall be filed within 30 days of the close of all discovery set forth in Sect. 4(f) above.

10. **Trial**.  The anticipated length of trial is 8 days. This case is not to be tried to a jury.

11. **Magistrate Consent**.  All parties do not consent to trial before the designated magistrate judge.

Dated: Salt Lake City, Utah
       June 9, 2025

**BENNETT TUELLER JOHNSON & DEERE**

/s/ Jarom R. Jones
Jeremey C. Reutzel
Jarom R. Jones

3165 E. Millrock Dr., Suite 500
Salt Lake City, Utah 84121
Tel: (801) 438-2000
jreutzel@btjd.com
jjones@btjd.com

*Attorneys for Defendants*

Dated: New York, New York
       June 9, 2025

**OFFIT KURMAN P.A.**

/s/ Stephen M. Forte
Stephen M. Forte
Eric J. Lanter

590 Madison Avenue, 6th Floor
New York, New York 10022
Tel: (929) 476-0042
stephen.forte@offitkurman.com
eric.lanter@offitkurman.com

*Attorneys for Plaintiff*

Lazare Potter Giacovas & Moyle LLP
Michael T. Conway
747 Third Avenue, 16th Floor
New York, New York 10017
Tel: (212) 784-2404
mconway@lpgmlaw.com

*Attorneys for Plaintiff*

---

It appearing that the initial case management conference scheduled for **June 16, 2025, at 11:00 a.m.** will be uncontroversial, the parties' request to hold the conference telephonically (Dkt. 68) is GRANTED. A few minutes before the conference, the parties must call (855) 244-8681 and enter the access code 2314 181 4376#. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 10, 2025

3