UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWMAN CAPITAL LLC,

           Plaintiff,

-against-

PRIVATE CAPITAL GROUP, INC., *et al.*,

           Defendants.

22-CV-663 (VSB) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/06/2025

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict in the Court's schedule, the status conference scheduled for October 28, 2025 at 10:00 a.m. is RESCHEDULED to **October 14, 2025 at 11:00 a.m.** The parties must submit their joint status letter (*see* Dkt. 75, ¶ 5) no later than **October 9, 2025**.

    The Court has been informed that David Joseph Mahoney, Esq. is no longer representing defendants in this action. Pursuant to Local Civil Rule 1.4, Mr. Mahoney must seek leave to withdraw as counsel of record for defendants.

Dated: New York, New York
       October 6, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**