UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/17/25___

NEWMAN CAPITAL LLC,

              Plaintiff,

-against-

PRIVATE CAPITAL GROUP, INC., *et al.*,

              Defendants.

22-CV-663 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, the parties are hereby directed to submit a joint status letter within five court days after either (1) January 12, 2026, or (2) a decision on defendants' motion to dismiss plaintiff's second amended complaint in part (Dkt. 60), whichever comes first. In their joint letter, the parties should describe any ongoing discovery disputes and propose a discovery schedule going forward.

Dated: New York, New York
       December 17, 2025

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**